IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02405-RPM

ERIC WINEFIELD,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT,
THE CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT OFFICERS ANTONIO MILON,
GLEN MARTIN and
THOMAS JOHNSTON, and
LE ROUGE DOWNTOWN DENVER, LLC d/b/a LE ROUGE,

    Defendants.

_____

ORDER DISMISSING LE ROUGE DOWNTOWN DENVER, LLC D/B/A LE ROUGE
_____

    The defendant, Le Rouge Downtown Denver, LLC d/b/a Le Rouge filed a motion to dismiss this civil action against it pursuant to Fed.R.Civ.P. 12(b)(6). The plaintiff filed a response on December 31, 2008. The plaintiff seeks to hold this defendant liable for police misconduct in the fourth claim relief alleging that an unidentified male employee of the moving defendant misidentified the plaintiff to the police officers. The claim fails not only for its factual insufficiency but also as a matter of law. Assuming a duty of defendant's employees to report criminal activity to the police, there is nothing to suggest that the unnamed employee or the employer had any reason to believe that the police would abuse their authority as alleged. Accordingly, it is

    ORDERED that the motion to dismiss is granted and this civil action is dismissed as to defendant Le Rouge Downtown Denver, LLC d/b/a Le Rouge.

    DATED: December 31st, 2008

                                            BY THE COURT:

                                            s/Richard P. Matsch
                                            _____
                                            Richard P. Matsch, Senior District Judge