IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02405-RPM

ERIC WINFIELD,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT,
THE CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT OFFICERS ANTONIO MILON,
GLEN MARTIN and
THOMAS JOHNSTON, and
LE ROUGE DOWNTOWN DENVER, LLC d/b/a LE ROUGE,

    Defendants.
_____

## ORDER GRANTING MOTION TO AMEND COMPLAINT
_____

    Upon consideration of the Motion to Amend Plaintiff's Complaint [15], filed on January 14, 2009, it is

    ORDERED that the motion is granted and the Second Amended Complaint attached thereto is accepted for filing.

    DATED: January 15th, 2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge