IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02405-RPM

ERIC WINFIELD,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT OFFICERS ANTONIO MILON,
GLEN MARTIN and
THOMAS JOHNSTON,

    Defendants.

___

ORDER SETTING SCHEDULING CONFERENCE
___

    Pursuant to D.C.COLO.LCivR 16, it is

    ORDERED that a scheduling conference will be held on **March 19, 2009, at 10:00 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges/judges.aspx** (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 1/08). The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on March 12, 2009.**

    The conference is conducted with counsel only and no parties or representatives of parties will be permitted to attend.

    Dated: January 15th, 2009

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge