IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02405-RPM

ERIC WINFIELD,

    Plaintiff,

v.

DENVER POLICE DEPARTMENT,
THE CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT OFFICERS ANTONIO MILON,
GLEN MARTIN and
THOMAS JOHNSTON,

    Defendants.
_____

ORDER FOR ENTRY OF FINAL JUDGMENT AS TO DEFENDANT LE ROUGE DOWNTOWN DENVER, LLC d/b/a LE ROUGE
_____

    Upon consideration of Defendant Le Rouge's Rule 54(b) Motion for Certification of December 31, 2008 Order (Doc. #13) as a Final Judgment [14], filed on January 7, 2009, and plaintiff's response filed on January 16, 2009, and upon finding that there is no just reason for delay in the entry of a final judgment dismissing this civil action as to Defendant Le Rouge Downtown Denver, LLC d/b/a Le Rouge, it is

    ORDERED that the Clerk is directed to enter final judgment pursuant to Fed.R.Civ.P. 54(b) dismissing this civil action as to Defendant Le Rouge Downtown Denver, LLC d/b/a Le Rouge.

    DATED: January 21st, 2009

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge