IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02405-RPM

ERIC WINFIELD,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT OFFICERS ANTONIO MILON,
GLEN MARTIN and
THOMAS JOHNSTON,

    Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION TO AMEND PLAINTIFF'S COMPLAINT
_____

    After review of plaintiff's Unopposed Motion to Amend Plaintiff's Complaint, filed April 16, 2009 [32], it is

    ORDERED that the motion [32] is granted and the attached Third Amended Complaint is accepted and filed as of today's date.


    DATED: April 16,  2009

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge