IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02405-RPM

ERIC WINFIELD,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT OFFICERS ANTONIO MILOW,
GLEN MARTIN and
THOMAS JOHNSTON,

    Defendants.

_____

ORDER DISMISSING PLAINTIFF'S FIFTH CLAIM FOR RELIEF
_____

    Upon consideration of Plaintiff's Amended Unopposed Motion to Dismiss Plaintiff's Fifth Claim for Relief (Assault and Battery) in Plaintiff's Third Amended Complaint [61], it is

    ORDERED that plaintiff's fifth claim for relief, alleging assault and battery, is dismissed.

    Dated: February 16th, 2010

                                                     BY THE COURT:

                                                     s/Richard P. Matsch

                                                     _____

                                                     Richard P. Matsch, Senior District Judge