IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02405-RPM-CBS

ERIC WINFIELD,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT OFFICERS ANTONIO MILON,
GLEN MARTIN and
THOMAS JOHNSTON,

    Defendants.
_____

ORDER GRANTING STIPULATION FOR DISMISSAL OF PUNITIVE DAMAGES WITH PREJUDICE
_____

    Pursuant to the stipulation for dismissal of punitive damages [62], it is

    ORDERED that the plaintiff's claims for punitive damages against the defendants are dismissed with prejudice, each party to pay their own attorney fees and costs.

    Dated:   February 16th, 2010

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____
                                              Richard P. Matsch, Senior District Judge