IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02405-RPM

ERIC WINFIELD,

    Plaintiff,

v.

THE CITY AND COUNTY OF DENVER,
DENVER POLICE DEPARTMENT OFFICERS ANTONIO MILOW,
GLEN MARTIN and
THOMAS JOHNSTON,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation for Dismissal with Prejudice [70] filed on May 20, 2010, it is

    ORDERED that this action is dismissed against all defendants, with prejudice, each party to pay their own costs and attorney's fees.

    Dated: May 20th, 2010

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

                                      Richard P. Matsch, Senior District Judge